AND NOW, this 30th day of March, 2010, the Petition for Extension of Time to File Petition for Review is **DENIED.**

▮

**Alex ZACHARIAH, Petitioner**

v.

**STATE CIVIL SERVICE COMMISSION (Pennsylvania Board of Probation and Parole), Respondent.**

Supreme Court of Pennsylvania.

March 31, 2010.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 2010, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, as this matter involves a challenge to the Commonwealth Court's order quashing and dismissing Petitioner's appeal. *See Vaccone v. Syken,* 587 Pa. 380, 384 n. 2, 899 A.2d 1103, 1106 n. 2 (2006). The order of the Commonwealth Court is AFFIRMED.

▮

**Gary and Lori LAIRD, Respondents**

v.

**DEPARTMENT OF PUBLIC WELFARE, Petitioner.**

**Legrand and Shelli Johnson (In re J.J.J.), Respondents**

v.

**Department of Public Welfare, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 2010.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of March 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

1. Whether the state Adoption Opportunities Act has an "extenuating circumstances" exception to the timely application requirement?

2. Whether the federal act has such an exception, and if so, is it applicable on the facts here where no public agency created the "circumstances?"

3. Whether affirmance of an order below is permissible regardless of whether a party raised the issue below?